# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CLINT BURKETT** and **ERIKA JULIANI,**
Appellants,

v.

**FEDERATED NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D18-3808

[March 4, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 15-016563 CACE 25.

Michael R. Morris of Morris & Morris, P.A., West Palm Beach, for appellants.

Warren B. Kwavnick and Melanie Velazquez of Cooney Trybus Kwavnick Peets, PLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.  See Goldman v. State Farm Fire Gen. Ins. Co.*, 660 So. 2d 300 (Fla. 4th DCA 1995).

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***